PS 8 Revised 07
MD/TN Revised 06/13

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. **Kaycee Anne Breeden**   Docket No. **0650 3:13CR00097 - 2**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Dariel S Blackledge-White**, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant **Kaycee Anne Breeden** who was placed under pretrial release supervision by the **Honorable E. Clifton Knowles, U.S. Magistrate Judge** sitting in the Court at **Nashville, Tennessee**, on **November 12, 2013**, under the following conditions: Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document.

I declare under penalty of perjury that the foregoing is true and correct.

| Dariel S Blackledge-White | Nashville, TN | August 13, 2014 |
|---|---|---|
| U.S. Pretrial Services Officer | Place: | Date: |

**Next Scheduled Court Event**  **Sentencing Hearing**   September 22, 2014
                                  Event                  Date

### PETITIONING THE COURT

☐ No Action              ☒ To issue an order setting a hearing on the petition
☐ To Issue a Warrant     ☐ Other

---

THE COURT ORDERS:
☐ No Action
☐ The Issuance of a Warrant.
  ☐ Sealed Pending Warrant Execution
     (cc: U.S. Probation and U.S. Marshals only)
☐ Other

☒ A Hearing on the Petition is set for

**August 21, 2014** **1:30 p.m.**
Date                   Time

Considered and ordered this **14th** day of **August**, **2014**, and ordered filed and made a part of the records in the above case.

Honorable Kevin H. Sharp
U.S. District Judge

Honorable Kevin H. Sharp
U.S. District Judge
Petition for Action on
BREEDEN, Kaycee Anne
Case No. 3:13-CR-00097-2
August 13, 2014

On June 3, 2013, defendant Kaycee Anne Breeden appeared before U.S. Magistrate Judge E. Clifton Knowles for an Initial Appearance as a result of being charged with violating Title 21 U.S.C. § 846, Conspiracy to Possess With Intent to Distribute and to Distribute Oxycodone, Hydromorphone, and Oxymorphone, Schedule II Controlled Substances, and Buprenorphine, a Schedule III Controlled Substance. The Government filed a Motion for Detention, and a detention hearing was held on June 6, 2013. Ms. Breeden was ordered detained.

On November 11, 2013, a second detention hearing occurred, and Ms. Breeden was released to pretrial supervision with special conditions to include residency in a halfway house located in Lebanon, Tennessee.

**Special Conditions of Release:**

Please reference the attached Order Setting Conditions of Release.

**VIOLATION(S):**

**Violation No. 1: Refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; defendant shall notify Pretrial Services of any medication prescribed by a physician:**

On July 29, 2014, the defendant reported to the U.S. Probation and Pretrial Services Office for a random urine screen. She submitted a urine sample that tested positive for buprenorphine. The specimen was sent to Alere Laboratories, located in Gretna, Louisiana, and on August 8, 2014, it was confirmed positive for the presence of buprenorphine (Suboxone). The defendant denied she used this substance.

**Current Status of Case:**

A sentencing hearing is scheduled for September 22, 2014, at 3:30 p.m., before Your Honor.

**Probation Officer Action:**

This officer has continued to encourage the defendant to remain drug free, become gainfully employed, and to remain out of trouble. On July 29, 2014, this officer questioned the defendant about any new drug use, and she denied she used any illicit drugs or drugs not prescribed to her. Ms. Breeden informed the supervising officer that she had recently been appointed as an Assistant House Manager at the halfway house where she resides. She indicated that while performing her duty to

Honorable Kevin H. Sharp
U.S. District Judge
Petition for Action on
BREEDEN, Kaycee Anne
Case No. 3:13-CR-00097-2
August 13, 2014

administer medications to one of the halfway house residents, she physically handled a Suboxone film during the previous week. Defendant Breeden opined this action resulted in the positive urine screen.

Also on July 29, 2014, the supervising officer instructed the defendant to provide a letter from the halfway house management staff verifying this job duty. To date, no documentation has been received.

**Respectfully Petitioning the Court as Follows:**

Although the defendant tested positive for buprenorphine, she denied using the substance. Therefore, Pretrial Services respectfully requests that the defendant be ordered to appear before the Court to show cause as to why her bond should not be revoked.

Assistant U.S. Attorney Brent Hannafan has been advised of the aforementioned violations.

/s/ Paul Montgomery for
Vidette A. Putman
Supervisory U.S. Probation Officer


xc: Brent Hannafan, Assistant U.S. Attorney
John P. Cauley, Defense Counsel

# UNITED STATES DISTRICT COURT

_____MIDDLE_____      District of      _____TENNESSEE_____

United States of America

V.

_____KAYCEE ANNE BREEDEN_____
             Defendant

**ORDER SETTING CONDITIONS
OF RELEASE**

Case Number: 3:13-00097-2

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as

directed. The defendant shall appear at (if blank, to be notified) _____
                                                                                        Place

_____ on _____
                                         Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ )   The defendant promises to appear at all proceedings as required and to surrender

(  )    The defendant executes an unsecured bond binding the defendant to pay
        _____ dollar _____ )
        in the event of a failure to appear as required or to surrender as directed for

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
- (Name of person or organization) _____
- (Address) _____
- (City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
Custodian or Proxy        Date

(X) (7) The defendant shall:
- (✓) (a) report to the U.S. Pretrial Services as directed, telephone number (615) 736-5771, not later than _____
- ( ) (b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
- ( ) (c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described
- ( ) (d) execute a bail bond with solvent sureties in the amount of $ _____
- ( ) (e) maintain or actively seek employment.
- ( ) (f) maintain or commence an education program.
- ( ) (g) surrender any passport to: _____
- ( ) (h) obtain no passport.
- ( ) (i) abide by the following restrictions on personal association, place of abode, or travel:
- (✓) (j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: codefendants
- ( ) (k) undergo medical or psychiatric treatment and/or remain in an institution as follows: _____
- ( ) (l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s):
- ( ) (m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
- (✓) (n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
- ( ) (o) refrain from ( ) any ( ) excessive use of alcohol.
- ( ) (p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- ( ) (q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
- ( ) (r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
- ( ) (s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
- ( ) (t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
    - ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
    - ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
    - ( ) (iii) **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
- (✓) (u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop. and within 48 hours,
- ( ) (v) Shall permit Pretrial Services Officer to visit you at home or elsewhere at any time, and allow Pretrial Services Officer to confiscate any contraband in plain view.
- (✓) (w) participate in "A Step Ahead Sober Living" program as directed by Pretrial Services, and abide by all rules, regulations and requirements of the program.
- (✗) (x)

DISTRIBUTION:  COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

AO 199C
AO 199C (Rev.6/97) Advise of Penalties . . .    Page _____ of _____ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
  (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
  (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

### Directions to United States Marshal

( x ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: November 12, 2013                          _____
                                                 Signature of Judicial Officer

                                                 E. CLIFTON KNOWLES, U.S. MAGISTRATE JUDGE
                                                 Name and Title of Judicial Officer

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL