# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:13-00097 |
| ) | Judge Kevin Sharp |
| KAYCEE ANNE BREEDEN ) | |

### *UNOPPOSED* MOTION TO CONTINUE 8/21/14 HEARING

The Defendant, Kaycee Anne Breeden, by and through counsel hereby moves to continue the violation hearing set for August 21, 2104. As grounds for this motion counsel states that he needs some additional to prepare and will likely require the assistance of an expert. Assistant United States Attorney Brent Hannafan does not oppose this motion.

Respectfully submitted this 19th day of August, 2014.

Respectfully submitted,

/s/ John P. Cauley
John P. Cauley, Attorney
1550 West McEwen Drive
Suite 300, Box 19
Franklin, TN 37067
(615) 790-2426
john@johncauley.com

### CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2014 a copy of the foregoing was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, namely Assistant U.S. Attorney Brent A. Hannafan, 110 9th Avenue South, Suite A-961, Nashville, TN 37203, along with all other defendants in this case. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

/s/ John P. Cauley