UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00097 |
| | ) | JUDGE SHARP |
| KAYCEE ANNE BREEDEN [2] | ) | |

**O R D E R**

Due to calendar conflict, the bond revocation hearing scheduled for September 4, 2014, is hereby rescheduled for Wednesday, September 10, 2014, at 10:00 a.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE