UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | NO. 3:13-00097 |
| | ) | JUDGE SHARP |
| KAYCEE ANNE BREEDEN [2] | ) | |


ORDER REVOKING PRETRIAL RELEASE


In accordance with the ruling at the September 10, 2014 revocation hearing, Defendant's pretrial release is REVOKED and she is ORDERED to report to the custody of the United States Marshal for this district by 9:00 a.m. on Friday, September 19, 2014.

It is so ORDERED.


_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE